

Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

**TESORO**

CUST.# 106351
FAX# 253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| INVOICE | | | |
|---|---|---|---|
| INV # | 901989514 | INV Date: | 06/22/05 |
| BOL/REF# | 42468 | Ship Date: | 06/20/05 |
| MOV REF# | | | |
| PLANT: | R003 TESORO REFINING & MA | | |
| PAYMENT DUE DATE | | 07/07/05 | |
| Remit To: | | | |
| Terms: | Net 15 from Invoice Date | | |
| EFT On: | 07/07/05 | | |

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| FIELDS CO LLC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 22.650 | 22.650* | 211.170000 | 4,783.00 |

EXHIBIT 3 OF 11
PAGE

EXHIBIT A
PAGE 1 OF 9

| NET AMOUNT | | USD | 4,783.00 |
|---|---|---|---|

Page 1 of 1

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the period a balance is past due may be applied in any



Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

**TESORO**

CUST.# 106351
FAX# 253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| INVOICE | | | |
|---|---|---|---|
| INV # | 901989515 | INV Date: | 06/22/05 |
| BOL/REF# | 42470 | Ship Date: | 06/20/05 |
| MOV REF# | | | |
| PLANT: | R003 TESORO REFINING & MA | | |
| PAYMENT DUE DATE | | 07/07/05 | |
| Remit To: | | | |
| Terms: | Net 15 from Invoice Date | | |
| EFT On: | 07/07/05 | | |

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| RLWC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 34.050 | 34.050* | 211.170000 | 7,190.34 |



| NET AMOUNT | USD | 7,190.34 |
|---|---|---|

Page 1 of 1

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the



Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

**TESORO**

| INVOICE | | | |
|---|---|---|---|
| INV # | 901989516 | INV Date: | 06/22/05 |
| BOL/REF# | 42482 | Ship Date: | 06/20/05 |
| MOV REF# | | | |
| PLANT: | R003 TESORO REFINING & MA | | |

PAYMENT DUE DATE     07/07/05

Remit To:

Terms:     Net 15 from Invoice Date

EFT On:   07/07/05

CUST.#   106351
FAX#     253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| FIELDS CO LLC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 22.680 | 22.680* | 211.170190 | 4,789.34 |

EXHIBIT PAGE 5 OF 11

EXHIBIT A PAGE 3 OF 9

**NET AMOUNT**

| USD | 4,789.34 |
|---|---|

Page 1 of    1

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the period a balance is past due may be applied to any amount owed by purchaser regardless of instruction...



Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

**TESORO**

| INVOICE | | | |
|---|---|---|---|
| INV # | 901989517 | INV Date: | 06/22/05 |
| BOL/REF# | 42491 | Ship Date: | 06/20/05 |
| MOV REF# | | | |
| PLANT: | R003 TESORO REFINING & MA | | |

**CUST.#** 106351
**FAX#** 253-627-3859
**BILL TO:**
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

**SHIP TO:** 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| PAYMENT DUE DATE | 07/07/05 |
|---|---|
| Remit To: | |
| Terms: | Net 15 from Invoice Date |
| EFT On: | 07/07/05 |

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | | |
|---|---|---|---|---|---|---|---|
| FIELDS CO LLC | | | | | TT | | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 21.000 | 21.000* | 211.170000 | | 4,434.57 |



EXHIBIT 1
PAGE 6 OF 11

EXHIBIT A
PAGE 4 OF 9

| NET AMOUNT | | USD | 4,434.57 |
|---|---|---|---|

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the Case 05-45967-PBS Doc 14-2 Filed 06/29/05 Ent. 06/29/05 16:54:59 Pg. 4 of 9



Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

**TESORO**

| INVOICE | | |
|---|---|---|
| INV # 901989518 | INV Date: 06/22/05 | |
| BOL/REF# 42548 | Ship Date: 06/21/05 | |
| MOV REF# | | |
| PLANT: R003 TESORO REFINING & MA | | |

**PAYMENT DUE DATE** 07/07/05

Remit To:

Terms: Net 15 from Invoice Date

EFT On: 07/07/05

CUST.# 106351
FAX# 253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| FIELDS CO LLC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 22.430 | 22.430* | 211.169860 | 4,736.54 |

EXHIBIT 1
PAGE 7 OF 11

EXHIBIT A.
PAGE 5 OF 9

| NET AMOUNT | | USD | 4,736.54 |
|---|---|---|---|

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the p Case 05-45967-PBS Doc 14-2 Filed 06/29/05 Ent. 06/29/05 16:54:59 Pg. 5 of 9



Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

## INVOICE

| INV # | 901995442 | INV Date: | 06/24/05 |
| BOL/REF# | 42561 | Ship Date: | 06/22/05 |
| MOV REF# | | | |
| PLANT: | R003 TESORO REFINING & MA | | |

**PAYMENT DUE DATE**   07/09/05

**Remit To:**

**Terms:**   Net 15 from Invoice Date

**EFT On:**   07/09/05

CUST.#   106351
FAX#   253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA   98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| FIELDS CO LLC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 33.110 | 33.110* | 211.170000 | 6,991.84 |



EXHIBIT 8 OF 11

EXHIBIT A 6 OF 9

| NET AMOUNT | | USD | 6,991.84 |
|---|---|---|---|

Page 1 of   1

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the period of the above may be applied to any unpaid.



Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

**TESORO**

CUST.# 106351
FAX# 253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| INVOICE | | | |
|---|---|---|---|
| INV # | 901995443 | INV Date: | 06/24/05 |
| BOL/REF# | 42568 | Ship Date: | 06/22/05 |
| MOV REF# | | | |
| PLANT: | R003 TESORO REFINING & MA | | |
| PAYMENT DUE DATE | | 07/09/05 | |
| Remit To: | | | |
| Terms: | Net 15 from Invoice Date | | |
| EFT On: | 07/09/05 | | |

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| RLWC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 33.560 | 33.560* | 211.170140 | 7,086.87 |

EXHIBIT 9 OF 11

EXHIBIT A PAGE 7 OF 9

| NET AMOUNT | USD | 7,086.87 |
|---|---|---|

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the performance of this agreement shall be applied to any outstanding indebtedness due and owing by the purchaser.



Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

**TESORO**

| | | INVOICE | | |
|---|---|---|---|---|
| INV # | 901995444 | | INV Date: | 06/24/05 |
| BOL/REF# | 42580 | | Ship Date: | 06/22/05 |
| MOV REF# | | | | |
| PLANT: | R003 TESORO REFINING & MA | | | |

PAYMENT DUE DATE    07/09/05

Remit To:

Terms:    Net 15 from Invoice Date

EFT On:   07/09/05

CUST.#   106351
FAX#     253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| FIELDS CO LLC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 21.970 | 21.970* | 211.169780 | 4,639.40 |

EXHIBIT 1
PAGE 10 OF 11

EXHIBIT A
PAGE 8 OF 9

NET AMOUNT

| USD | 4,639.40 |
|---|---|

Page 1 of    1

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the ...



**TESORO**

Tesoro Refining and Marketing Company
300 Concord Plaza Drive
San Antonio, TX 78216
Billing Questions: 1(866)TSO-BILL
tsobillingservices@tsocorp.com

| INVOICE | | | |
|---|---|---|---|
| INV # | 901995445 | INV Date: | 06/24/05 |
| BOL/REF# | 42582 | Ship Date: | 06/22/05 |
| MOV REF# | | | |
| PLANT: | R003 TESORO REFINING & MA | | |

CUST.#   106351
FAX#     253-627-3859
BILL TO:
FIELDS COMPANY LLC
2240 TAYLOR WAY
TACOMA WA 98421

SHIP TO: 311841
FIELDS COMPANY LLC
ANACORTES, WA 98221

| PAYMENT DUE DATE | 07/09/05 |
|---|---|
| Remit To: | |
| Terms: | Net 15 from Invoice Date |
| EFT On: | 07/09/05 |

| CARRIER | | PO NUMBER | | | MODE OF TRANSPORT | |
|---|---|---|---|---|---|---|
| FIELDS CO LLC | | | | | TT | |
| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
| 1596 | ROOFING GRADE ASPHALT | STN | 22.270 | 22.270* | 211.170180 | 4,702.76 |

EXHIBIT PAGE _11_ OF _11_

EXHIBIT PAGE _A_ OF _9_

| NET AMOUNT | USD | 4,702.76 |
|---|---|---|

All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the per Case 05-45967-PBS ed to Doc 14-2 by Filed 06/29/05 — Ent. 06/29/05 16:54:59   Pg. 9 of 9